UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDRZEJ MADURA and
ANNA DOLINSKA-MADURA,

                Plaintiffs,

-vs-                                      Case No.  8:06-cv-2073-T-24TBM

COUNTRYWIDE HOME LOANS, INC.
and FULL SPECTRUM LENDING, INC.,

                Defendants.
_____

## **O R D E R**

This cause comes before the Court for consideration of Plaintiffs' Motion to Pay Mortgage Into This Court's Registry (Doc. No. 7).  Plaintiffs cite no authority in support of the relief requested and, upon consideration, the Court denies Plaintiffs' request to pay their monthly mortgage into the Court's registry.

This cause also comes before the Court on Defendants' Notice of Acceptance of Service of Process (Doc. No. 8).  In this notice Defendants advise that they accept service of process of the summons and complaint.  Defendants also request sixty days to file a response to the complaint and Plaintiff's Motion to Pay Mortgage Into This Court's Registry.  Upon consideration, the Court will grant Defendants' request for sixty days to file a response to the complaint.

The Court draws the parties' attention to Local Rule 3.01(g).  Local Rule 3.01(g) states, "Before filing any motion in a civil case . . ., the moving party shall confer with counsel for the

opposing party in a good faith effort to resolve the issues raised by the motion, and shall file with the motion a statement (1) certifying that the moving counsel has conferred with the opposing counsel and (2) stating whether counsel agree on the resolution of the motion." The parties are advised to read the Local Rules for the Middle District of Florida[1] and must adhere to these rules as well as the Federal Rules of Civil Procedure. This Court may deny without prejudice any motion that fails to comply with this Court's Local Rules. Thus, any future motion by the parties should comply with these rules.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiffs' Motion to Pay Mortgage Into This Court's Registry (Doc. No. 7) is **DENIED**. Defendants shall have to and including March 2, 2007, to respond to Plaintiffs' complaint.

**DONE AND ORDERED** at Tampa, Florida, this 4th day of January, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Pro Se Plaintiffs
Counsel of Record

---

[1] Which can be viewed and downloaded from www.flmd.uscourts.gov.