## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ANDRZEJ MADURA and
ANN DOLINSKA-MADURA,

       Plaintiffs,

v.                                                    Case No. 8:06-cv-2073-T-24TBM

COUNTRYWIDE HOME LOANS, INC.,
and FULL SPECTRUM LENDING, INC.,

       Defendants.

_____/

## O R D E R

THIS MATTER is before the court on **Plaintiffs' Revised Motion to Compel Extremely Limited Discovery and for an Emergency Ruling in that Matter** (Doc. 68). By their motion, Plaintiffs seek an order compelling Defendants to produce the "Truth in Lending Document and the Promissory Note filed by the Defendants in Title Agency[1] but never disclosed to plaintiffs." According to Plaintiffs, these documents total only four pages and are pertinent to Mr. Madura's defense to the alternative relief sought in Defendants' motion to dismiss, namely, to compel Mr. Madura to arbitrate all claims. These documents were sought previously by Plaintiffs via their first request for production. See (Doc. 68 at 9, #3). Defendants have not yet filed a response.

_____

[1]It appears that the title agency is TransContinental Title Agency in Tampa. See (Doc. 68 at 14).

Upon careful consideration of the motion, the court finds that a response is not necessary.  Importantly, the court recently ordered that "should Defendants have in their possession, custody or control any contracts, TILA documents or promissory notes signed by one or both Plaintiffs that have never been produced in the state court proceedings, they shall produce copies of such to Plaintiffs on or before July 26, 2007.  If Defendants have previously produced all such documents, they shall so certify in writing."  (Doc. 67).  Accordingly, because Defendants have already been directed to produce the documents sought by Plaintiffs or to certify that such have already been produced, Plaintiffs' instant motion (Doc. 68) is DENIED as moot.[2]

**Done and Ordered** in Tampa, Florida this 20th day of July 2007.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge
Counsel of Record
Pro se Plaintiffs

---

[2]Interestingly, it appears that Plaintiffs may be in possession of the documents sought. See Compl. (Doc. 54 at 28, 44-47).

2