**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**ANDRZEJ MADURA and
ANN DOLINSKA-MADURA,**

      **Plaintiffs,**

**v.**                                                   **Case No. 8:06-cv-2073-T-24TBM**

**COUNTRYWIDE HOME LOANS, INC.,
and FULL SPECTRUM LENDING, INC.,**

      **Defendants.**
                                          /

**O R D E R**

THIS MATTER is before the court on **Plaintiffs' Motion for Sanctions Pursuant to Rule 11** (Doc. 76) and **Plaintiffs' Notice of Filing Documents** (Doc. 77). By their motion (Doc. 76), Plaintiffs seek an order sanctioning Defendants, pursuant to Fed. R. Civ. P. 11(c), for allegedly violating Fed. R. Civ. P. 11(b) by not conducting reasonable inquiry into the law and facts before signing their motion for a protective order (Doc. 51). By their notice of filing (Doc. 77), Plaintiffs file written copies of their "oral response(s) to Defendants' arguments at the 7/27/07 hearing," which were "read and filed in open court." Defendants have not yet responded to either pleading.

Upon consideration, the court finds that responses are not necessary. **Plaintiffs' Motion for Sanctions Pursuant to Rule 11** (Doc. 76) is DENIED. Although Plaintiffs claim Defendants misrepresented "the sense of" their request for production, review of the challenged motion reveals otherwise. See (Doc. 51 at 2-3). Moreover, Defendants attached a

copy of Plaintiffs' request for production to their motion.  See (Doc. 51-2).  Similarly, review of the motion (Doc. 51) does not reveal that Defendants "concealed" case law.  As for **Plaintiffs' Notice of Filing Documents** (Doc. 77), the rules do not call for the filing of such and the court did not request the further filing of Plaintiffs' arguments.  Copies of the same were filed in open court as exhibits to the hearing and will be considered by the court in its ruling on the motion to dismiss.  Accordingly, the pleading (Doc. 77) is STRICKEN.  The Clerk is directed to electronically delete the document from the record.

**Done and Ordered** in Tampa, Florida, this 27th day of July 2007.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies to:
United States District Judge
Counsel of Record