UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDRZEJ MADURA, ET AL.,

    Plaintiffs,

v.                                      Case No.  8:06-cv-2073-T-24 TBM

COUNTRYWIDE HOME LOANS, INC., ET AL.,

    Defendants.
_____/

## ORDER

This cause comes before the Court sua sponte.  On May 17, 2007 the Court referred Defendants' Motion to Dismiss or to Compel Arbitration (Doc. No. 11) to United States Magistrate Judge Thomas B. McCoun for report and recommendation (Doc. No. 41).  On July 17, 2007, Magistrate Judge McCoun entered an order staying discovery in the instant case pending the Court's ruling on Defendants' motion to dismiss (Doc. No. 67).  Due to the fact that Defendants' motion to dismiss is still pending resolution, the Court finds it necessary to amend its previously entered Case Management and Scheduling Order (Doc. No. 79) as follows:

    (1)    Discovery due by January 16, 2008;

    (2)    Mediation to be completed by January 30, 2008;

    (3)    Dispositive motions due by February 13, 2008;

    (4)    Plaintiffs' expert witnesses due by December 21, 2007;

    (5)    Defendants' expert witnesses due by January 16, 2008;

    (6)    Pretrial Conference set for May 13, 2008;

    (7)    Trial set on the Court's June 2008 trial calendar.

The Court will enter an amended case management and scheduling order reflecting the date changes included herein.

**DONE AND ORDERED** at Tampa, Florida, this 27th day of September, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Pro Se Plaintiffs
Counsel of Record