UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDRZEJ MADURA and
ANNA DOLINSKA-MADURA,

    Plaintiffs,

v.                                Case No. 8:06-cv-2073-T-24-TBM

COUNTRYWIDE HOME LOANS,
INC., and FULL SPECTRUM
LENDING, INC.,

    Defendants.
_____/

## **O R D E R**

This cause comes before the Court on Plaintiff Anna Dolinska-Madura's Emergency Motion for an Emergency Order on her Motion for Leave to File the Second Amended Complaint and her Exception to the Magistrate Judge's Order on her Motion to Amend this Court's Case Management and Scheduling Order (Doc. No. 122). In this motion, Dolinska-Madura requests that the Court make an emergency ruling on her Motion for Leave to File a Second Amended Complaint (Doc. No. 14), filed on December 19, 2007. She also objects to United States Magistrate Judge Thomas B. McCoun, III's December 20, 2007 Order extending the discovery deadline to January 31, 2008 (Doc. No. 116), and requests that this Court extend the discovery deadline six to eight additional months.

Upon consideration, the Court finds that the instant motion is not an "emergency" situation as Dolinska-Madura suggests. Dolinska-Madura's Motion for Leave to File a Second Amended Complaint is not yet ripe, and the Court declines to rule on it before Defendants have responded. The Court also determines that it will not extend the discovery deadline beyond the January 31, 2008 deadline that was set by Magistrate Judge McCoun. Accordingly, it is

**ORDERED AND ADJUDGED THAT** Plaintiff's motion is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 27th day of December, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Pro Se Plaintiffs
Counsel of Record