UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDRZEJ MADURA and
ANNA DOLINSKA-MADURA,

    Plaintiffs,

v.                                              Case No. 8:06-cv-2073-T-24TBM

COUNTRYWIDE HOME LOANS,
INC. and FULL SPECTRUM
LENDING, INC.,

    Defendants.
_____/

**<u>ORDER</u>**

      This cause comes before the Court for consideration of Plaintiffs' Motion for Reconsideration of this Court's Order at Document Number 107 (Doc. No. 112), and for consideration of Plaintiffs' Motion for Reconsideration of this Court's Order at Document Number 106 (Doc. No. 113).

      There are three major grounds justifying reconsideration: (1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or to prevent manifest injustice. *Sussman v. Salem, Saxon & Nielsen, P.A.*, 153 F.R.D. 689, 694 (M.D. Fla. 1994)(citations omitted). The Court notes that reconsideration of a previous order is an extraordinary remedy to be employed sparingly. *See id.* (citations omitted).

      Plaintiffs' first motion urges the Court to reconsider its Order denying their motion for leave to file an amended complaint (Doc. No. 107). Plaintiffs seem to argue that reconsideration of this order is necessary to correct clear error or to prevent manifest injustice. However, the

Court is not persuaded by Plaintiffs' arguments, and declines to reconsider its order.

Plaintiffs' second motion urges the Court to reconsider its Order adopting United States Magistrate Judge Thomas B. McCoun, III's Report and Recommendation (Doc. No. 106), wherein this Court dismissed Plaintiff Andrzej Madura's claims in favor of arbitration. Plaintiffs again seem to argue that reconsideration of this order is necessary to correct clear error or to prevent manifest injustice. However, the Court is not persuaded by Plaintiffs' arguments, and declines to reconsider its order.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Plaintiffs' Motion for Reconsideration of this Court's Order at Document Number 107 (Doc. No. 112) is **DENIED**; and

(2) Plaintiffs' Motion for Reconsideration of this Court's Order at Document Number 106 (Doc. No. 113) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 3rd day of December, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Pro Se Plaintiffs
Counsel of Record