UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDRZEJ MADURA and
ANNA DOLINSKA-MADURA,

    Plaintiffs,

v.                        Case No. 8:06-cv-2073-T-24-TBM

COUNTRYWIDE HOME LOANS,
INC., and FULL SPECTRUM
LENDING, INC.,

    Defendants.
_____/

## **O R D E R**

    This cause comes before the Court on Plaintiff Anna Dolinska-Madura's Emergency Motion for Reconsideration of this Court's Determination of the 1/31/08 Discovery Deadline. (Doc. No. 140.) In this motion, Dolinska-Madura requests that the Court reconsider its previous Order declining to extend the discovery deadline beyond the January 31, 2008 deadline that was set by United States Magistrate Judge Thomas B. McCoun. (Doc. No. 127.) Dolinska-Madura asks for the discovery deadline to be extended for a "reasonable time." Having considered the motion, and being otherwise fully advised, the Court finds that reconsideration of its previous order is not warranted. The parties' deadline for completion of discovery remains January 31, 2008. Accordingly, it is **ORDERED AND ADJUDGED THAT** Plaintiff's motion (Doc. No. 140) is **DENIED**.

    **DONE AND ORDERED** at Tampa, Florida, this 10th day of January, 2007.

Copies to:
Pro Se Plaintiffs
Counsel of Record

*/s/ Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge