UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDRZEJ MADURA and
ANNA DOLINSKA-MADURA,

        Plaintiffs,

v.                                       Case No.  8:06-cv-2073-T-24-TBM

COUNTRYWIDE HOME LOANS,
INC., and FULL SPECTRUM
LENDING, INC.,

        Defendants.
_____/

## O R D E R

      This cause comes before the Court on Plaintiff, Anna Dolinska-Madura's motions to strike Defendants' answer an affirmative defenses (Doc. Nos. 131, 141, 145).  Upon consideration, the Court finds that these motions have no merit.

      Federal Rule of Civil Procedure 12(f) provides that the Court can order that "any redundant, immaterial, impertinent, or scandalous matter" be stricken from a pleading. However, "[a] motion to strike will 'usually be denied unless the allegations have no possible relation to the controversy and may cause prejudice to one of the parties.'" Scelta v. Delicatessen Support Services, Inc., 57 F. Supp.2d 1327, 1347 (M.D. Fla. 1999)(quoting Seibel v. Society Lease, Inc., 969 F. Supp. 713, 715 (M.D. Fla. 1997)).

      Upon review of the motions, the Court finds that Plaintiff has not shown that there is any basis to strike Defendants' answer and affirmative defenses.  Rather, much of Plaintiff's arguments center around the alleged inadequacy of Defendants' defenses.  Such is not an appropriate basis for a motion to strike.

      Furthermore, to the extent that Plaintiff takes issue with the fact that Defendants amended

their answer without leave of Court on January 2, 2008 (after filing their original answer on

December 21, 2007), such is not a basis for striking the amended answer.  Federal Rule of Civil

Procedure 15(a) provides that a party may amend its pleading once as a matter of course within

twenty days after it is served if the amended document is a pleading to which no responsive

pleading is permitted.  Defendants filed their amended answer within the twenty day period.

Accordingly, upon review of the motions and the arguments made therein, the Court

finds that these motions to strike (Doc. Nos. 131, 141, 145) should be denied.  Additionally, the

Court denies Plaintiff's request to impose sanctions upon Defendants.

**DONE AND ORDERED** at Tampa, Florida, this 15th day of January, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Pro Se Plaintiff
Counsel of Record