UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDRZEJ MADURA and
ANNA DOLINSKA-MADURA

       Plaintiffs,

v.                                         Case No. 8:06-cv-2073-T-24-TBM

COUNTRYWIDE HOME LOANS,
INC., and FULL SPECTRUM
LENDING, INC.,

       Defendants.

_____/

**O R D E R**

     This cause comes before the Court for consideration on the Affidavits of Indigency filed

by both Plaintiffs, which this Court construes as motions for leave to proceed *in forma pauperis*

on appeal.  (Doc. Nos. 124-25.)  These motions were considered by United States Magistrate

Judge Thomas B. McCoun, III.  On January 10, 2008, Magistrate Judge McCoun filed his Report

and Recommendation (Doc. No. 142), in which he recommended that this Court deny

Plaintiffs' motions for leave to proceed *in forma pauperis* on appeal, and, if deemed necessary,

certify that the appeals are not taken in good faith.  Magistrate Judge McCoun further

recommended that this Court notify the Court of Appeals of this Court's ruling on Plaintiffs'

motions for leave to proceed *in forma pauperis* on appeal, in accordance with Rule 24(a)(4) of

the Federal Rules of Appellate Procedure.  All parties were furnished copies of the Report and

Recommendation, and were afforded the opportunity to file objections pursuant to 28 U.S.C. §

636(b)(1).  On January 25, 2008, Plaintiff Anna Dolinska-Madura filed a Motion for Exceptions to the January 10, 2008 Proposed Magistrate Judge Recommendation.  (Doc. No. 161.)  The Court interprets this motion as an objection to Magistrate Judge McCoun's Report and Recommendation.

Upon consideration of the Report and Recommendation and the objections thereto, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED AND ADJUDGED** that

(1)    The Magistrate Judge's Report and Recommendation (Doc. No. 142) is adopted and incorporated by reference in this Order of the Court;

(2)    Plaintiffs' Motion for Exceptions to the January 10, 2008 Proposed Magistrate Judge Recommendation (Doc. No. 161) is **DENIED**;

(3)    Plaintiffs' motions for leave to proceed *in forma pauperis* on appeal (Doc. Nos. 124-25) are **DENIED**;

(4)    The Court hereby certifies that Plaintiffs' appeals are not taken in good faith, for the reasons stated in the Magistrate Judge's Report and Recommendation; and

(5)    The Clerk is directed to notify the Court of Appeals of this Court's rulings herein.

**DONE AND ORDERED** at Tampa, Florida, this 30th day of January, 2008.

Copies to:
The Honorable Thomas B. McCoun, III
Pro Se Plaintiffs
Counsel of Record

SUSAN C. BUCKLEW
United States District Judge