UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDRZEJ MADURA and
ANNA DOLINSKA-MADURA,

    Plaintiffs,

v.                                               Case No. 8:06-cv-2073-T-24TBM

COUNTRYWIDE HOME LOANS,
INC. and FULL SPECTRUM
LENDING, INC.,

    Defendants.
_____/

**ORDER**

This cause comes before the Court for consideration of Plaintiff Anna Dolinska-Madura's Motion for Reconsideration of this Court's Order Denying Their Motion for Lrave (sic) to File 2nd Amended Complaint (Doc. No. 207).

There are three major grounds justifying reconsideration: (1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or to prevent manifest injustice. *Sussman v. Salem, Saxon & Nielsen, P.A.*, 153 F.R.D. 689, 694 (M.D. Fla. 1994)(citations omitted). The Court notes that reconsideration of a previous order is an extraordinary remedy to be employed sparingly. *See id.* (citations omitted). Plaintiffs seem to argue that reconsideration of this order is necessary to correct clear error or to prevent manifest injustice. However, the Court is not persuaded by Plaintiffs' arguments, and declines to reconsider its order.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion for

Reconsideration of this Court's Order Denying Their Motion for Lrave (sic) to File 2nd Amended Complaint (Doc. No. 207) is **DENIED**.

      **DONE AND ORDERED** at Tampa, Florida, this 31st day of March, 2008.

Copies to:
Pro Se Plaintiff
Counsel of Record

SUSAN C. BUCKLEW
United States District Judge