UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDRZEJ MADURA and
ANNA DOLINSKA-MADURA,

    Plaintiffs,

v.                                                         Case No. 8:06-cv-2073-T-24TBM

COUNTRYWIDE HOME LOANS,
INC. and FULL SPECTRUM
LENDING, INC.,

    Defendants.
_____/

**<u>ORDER</u>**

      This cause comes before the Court for consideration of Plaintiff Anna Dolinska-Madura's Amended Motion for Reconsideration of this Court's Order Denying Her Sworn Emergency Motion to Allow Her to Conduct Discovery Before Ruling on Summary Judgment (Doc. No. 213). Upon review, the Court considers Plaintiff's motion to be an objection to United States Magistrate Judge Thomas B. McCoun, III's order denying her motion to allow discovery before ruling on Defendants' pending motion for summary judgment.

      A district court shall consider objections to a magistrate judge's order on nondispositive matters and modify or set aside any portion of the order if it is found to be "clearly erroneous or contrary to law." Federal Rule of Civil Procedure 72(a). A finding of fact is clearly erroneous only if the reviewing court is left with a definite and firm conviction that a mistake has been committed. See <u>Ford v. Haley</u>, 195 F.3d 603, 617 (11th Cir. 1999). Having considered Plaintiff's objections to the Magistrate Judge's Order, the Court finds that she has not shown

such order to be clearly erroneous or contrary to law.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff Anna Dolinska-Madura's Amended Motion for Reconsideration of this Court's Order Denying Her Sworn Emergency Motion to Allow Her to Conduct Discovery Before Ruling on Summary Judgment (Doc. No. 213) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 7th day of April, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Pro Se Plaintiff
Counsel of Record