UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDRZEJ MADURA and
ANNA DOLINSKA-MADURA,

    Plaintiffs,

v.                                                     Case No. 8:06-cv-2073-T-24TBM

COUNTRYWIDE HOME LOANS,
INC. and FULL SPECTRUM
LENDING, INC.,

    Defendants.
_____/

**ORDER**

This cause comes before the Court for consideration of Plaintiff Anna Dolinska-Madura's Sworn Emergency Motion for Continuance on Summary Judgment (Doc. No. 218). In her motion, Plaintiff requests that this Court continue proceeding on Defendant's motion for summary judgment, due to her pending discovery, which she believes will allow her to raise a genuine issue of material fact thereby precluding summary judgment. Having considered the motion, the Court is not persuaded by Plaintiff's arguments.[1]

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff Anna Dolinska-Madura's Sworn Emergency Motion for Continuance on Summary Judgment (Doc. No. 218) is **DENIED**.

---

[1] The Court also finds it necessary to note that Local Rule 3.01(e) states that "[t]he unwarranted designation of a motion as an emergency motion may result in the imposition of sanctions." Plaintiff is hereby placed on notice that any future unwarranted designation of a motion as an emergency motion may result in sanctions.

**DONE AND ORDERED** at Tampa, Florida, this 7th day of April, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Pro Se Plaintiff
Counsel of Record