UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDRZEJ MADURA and
ANNA DOLINSKA-MADURA,

    Plaintiffs,

v.                                                  Case No. 8:06-cv-2073-T-24TBM

COUNTRYWIDE HOME LOANS,
INC. and FULL SPECTRUM
LENDING, INC.,

    Defendants.
_____/

**ORDER**

This cause comes before the Court on its own. The Court has not yet ruled on Defendant's motion for summary judgment, and because the Court prefers to rule on dispositive motions prior to pretrial conferences, the Court hereby reschedules the pretrial conference, which is currently scheduled for May 13, 2008, to August 19, 2008 at 8:30 a.m. The trial in this case is hereby rescheduled to the Court's September 2008 trial calendar.

**DONE AND ORDERED** at Tampa, Florida, this 2nd day of May, 2008.

motion.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Thomas B. McCoun, III
Counsel of Record
Pro Se Plaintiffs