UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDRZEJ MADURA and
ANNA DOLINSKA-MADURA

    Plaintiffs,

v.                                              Case No. 8:06-cv-2073-T-24-TBM

COUNTRYWIDE HOME LOANS,
INC., and FULL SPECTRUM
LENDING, INC.,

    Defendants.
_____/

**O R D E R**

This cause comes before the Court for consideration on Andrzej Madura's Request for Leave to File Appeal *In Forma Pauperis.* (Doc. No. 229.) This motion was considered by United States Magistrate Judge Thomas B. McCoun, III. On May 1, 2008, Magistrate Judge McCoun filed his Report and Recommendation (Doc. No. 235), in which he recommended that this Court deny the motion for leave to proceed *in forma pauperis* on appeal, and, if deemed necessary, certify that the appeals are not taken in good faith. Magistrate Judge McCoun further recommended that this Court notify the Court of Appeals of this Court's ruling on Plaintiffs' motions for leave to proceed *in forma pauperis* on appeal, in accordance with Rule 24(a)(4) of the Federal Rules of Appellate Procedure. All parties were furnished copies of the Report and Recommendation, and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED AND ADJUDGED** that

(1) The Magistrate Judge's Report and Recommendation (Doc. No. 235) is adopted and incorporated by reference in this Order of the Court;

(2) Andrzej Madura's Request for Leave to File Appeal *In Forma Pauperis* (Doc. No. 229) is **DENIED**;

(4) The Court hereby certifies that Plaintiffs' appeals are not taken in good faith, for the reasons stated in the Magistrate Judge's Report and Recommendation; and

(5) The Clerk is directed to notify the Court of Appeals of this Court's rulings herein.

**DONE AND ORDERED** at Tampa, Florida, this 19th day of May, 2008.

Copies to:
The Honorable Thomas B. McCoun, III
Pro Se Plaintiffs
Counsel of Record

SUSAN C. BUCKLEW
United States District Judge