UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDRZEJ MADURA and
ANNA DOLINSKA-MADURA

        Plaintiffs,

v.                                                                            Case No. 8:06-cv-2073-T-24-TBM

COUNTRYWIDE HOME LOANS,
INC., and FULL SPECTRUM
LENDING, INC.,

        Defendants.
_____/

# **O R D E R**

This cause comes before the Court for consideration on Defendants' Motion for Summary Final Judgment Against Mrs. Madura. (Doc. No. 175.) This motion was considered by United States Magistrate Judge Thomas B. McCoun, III pursuant to an order of referral. (Doc. No. 191.) On June 17, 2008, Magistrate Judge McCoun filed his Report and Recommendation (Doc. No. 245), in which he recommended that this Court grant Defendants' motion for summary judgment and enter judgment in favor of Defendants and against Plaintiff Anna Dolinska-Madura. Magistrate Judge McCoun further recommended that this Court order each side to bear their own costs and attorney's fees. All parties were furnished copies of the Report and Recommendation, and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). On July 1, 2008, Plaintiff Anna Dolinska-Madura filed her Objections to the Report and Recommendation. (Doc. No. 246.) Defendants filed no objections. Upon thorough

consideration of the Report and Recommendation and the objections thereto made by Plaintiff Anna Dolinska-Madura, and upon this Court's independent examination of the file, including the motion for summary judgment and the response in opposition, it is determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED AND ADJUDGED** that

(1) The Magistrate Judge's Report and Recommendation (Doc. No. 245) is adopted and incorporated by reference in this Order of the Court;

(2) Defendants' Motion for Summary Final Judgment Against Mrs. Madura (Doc. No. 175) is **GRANTED**;

(3) The pretrial conference that is scheduled for August 19, 2008 is cancelled;

(4) The Clerk is directed to enter judgment in favor of Defendants and to close this case; and

(5) The parties to this action shall each bear their own costs and attorney's fees.

**DONE AND ORDERED** at Tampa, Florida, this 22nd day of July, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Thomas B. McCoun, III
Pro Se Plaintiffs
Counsel of Record