UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDRZEJ MADURA,

    Plaintiff,

v.

                                                          Case No. 8:06-cv-2073-T-24 TBM

COUNTRYWIDE HOME LOANS, INC.,
and FULL SPECTRUM LENDING, INC.,

    Defendants.
_____/

## **O R D E R**

    This cause comes before the Court on Plaintiff Andrzej Madura's Motion for Leave for Permission to Proceed in Forma Pauperis on Appeal.[1] (Doc. No. 255). This Motion was considered by the United States Magistrate Judge, pursuant to a specific order of referral. Magistrate Judge McCoun has filed his report recommending that the Plaintiff's Motion be denied and that the Court direct the Clerk to notify the Court of Appeals of this ruling, in accordance with Rule 24(a)(4) of the Federal Rules of Appellate Procedure. (Doc. No. 256.) All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). Objections to the Magistrate's Report were filed by Plaintiff on September 26, 2008. (Doc. No. 259.)

    Upon consideration of the Report and Recommendation and Plaintiff's objections thereto, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation (Doc. No. 256) should be adopted.

---

    [1] The orders that Plaintiff seeks to appeal are found in documents number 106, 107, and 190.

Accordingly, it is now **ORDERED AND ADJUDGED** that

    (1)    The Magistrate Judge's Report and Recommendation (Doc. No. 256) is adopted and incorporated by reference in this Order of the Court;

    (2)    The Plaintiff Andrzej Madura's Motion for Leave for Permission to Proceed in Forma Pauperis on Appeal of the decisions against him (Doc. No. 259) is DENIED; and

    (3)    The Clerk is directed to notify the Court of Appeals of the above rulings.

**DONE AND ORDERED** at Tampa, Florida, this 29th day of September, 2008.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Thomas B. McCoun III
All Parties and Counsel of Record