UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDRZEJ MADURA and
ANNA DOLINSKA-MADURA

    Plaintiffs,

v.                                       Case No. 8:06-cv-2073-T-24-TBM

COUNTRYWIDE HOME LOANS,
INC., FULL SPECTRUM
LENDING, INC.,

    Defendants.
_____/

**O R D E R**

After considering Plaintiff Andrezej Madura's motion for rehearing (Doc. 279), the Court concludes that rehearing is not merited. Even if Madura had timely sought leave to file a reply, the Court would have denied the request as unnecessary. Madura has provided no new information that would cause the Court to reconsider its decision denying Madura's motion for relief from judgment. (Doc. 278.)

Accordingly, Plaintiff's motion for rehearing (Doc. 279) is **DENIED**.

**ORDERED** at chambers in Tampa, Florida this 27th day of January, 2010.

*[signature]*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Pro Se Plaintiff

1